968 A.2d 224

COMMONWEALTH of Pennsylvania, Petitioner

v.

Michael WILLIS, Respondent.

Supreme Court of Pennsylvania.

March 18, 2009.

500

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of March, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are:

(1) Whether the Superior Court erred in finding that the materiality requirement of *Brady v. Maryland,* 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963), was satisfied where the omitted statement of a codefendant would not have been admissible at trial, and the defendant did not demonstrate that its production to the defense before trial would have led to the discovery of admissible evidence?

(2) Whether this Court should reconsider its holding in *Commonwealth v. Green,* 536 Pa. 599, 640 A.2d 1242 (1994), in light of subsequent decisions to the contrary of this Court and the U.S. Supreme Court?

In addressing these issues, the parties are directed to consider, in addition to any other relevant cases, the following: *Wood v. Bartholomew,* 516 U.S. 1, 116 S.Ct. 7, 133 L.Ed.2d 1 (1995); *Commonwealth v. Lambert,* 584 Pa. 461, 884 A.2d 848 (2005); *Commonwealth v. Mitchell,* 576 Pa. 258, 839 A.2d 202 (2003); *Madsen v. Dormire,* 137 F.3d 602 (8th Cir.1998); and *Wright v. Hopper,* 169 F.3d 695 (11th Cir.1999).